IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bear, Connie M

Printed: 1/29/08

Case Number:  07 B 13538
Judge:  Squires, John H
Filed:  7/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 65,000.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 2,930.21 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 507.36 | 0.00 |
| 5. | Nordstrom | Unsecured | 65.31 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 346.72 | 0.00 |
| 7. | Allstate Insurance Company | Unsecured |  | No Claim Filed |
| 8. | Pay Pal | Unsecured |  | No Claim Filed |
| 9. | Brink Home Security | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Direct Credit Control | Unsecured |  | No Claim Filed |
| 12. | Federal Express Corp | Unsecured |  | No Claim Filed |
| 13. | Lawrence & Morris | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Nordstrom | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | Torres Credit | Unsecured |  | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 20. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 21. | TIAA-CREF | Unsecured |  | No Claim Filed |
| 22. | Medical Collections | Unsecured |  | No Claim Filed |
| 23. | Toyota Motor Credit Corporatio | Unsecured |  | No Claim Filed |
| 24. | SBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bear, Connie M

Printed: 1/29/08

Case Number: 07 B 13538
Judge: Squires, John H
Filed: 7/27/07

```
                                                   _____            _____
                                                   $ 68,849.60              $ 0.00
```

TRUSTEE FEE DETAIL

Fee Rate            Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____